[No. 10985–5–I.   Division One.   April 18, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN
CRAIG GLASS, *Appellant.*

Appeal from a judgment of the Superior Court for
King County, No. 81–1–01574–0, Jim Bates, J., entered
November 2, 1981. *Reversed* and *remanded* by unpublished
opinion per Corbett, J., concurred in by Andersen, C.J., and
Scholfield, J.

[No. 11827–7–I.   Division One.   April 18, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CRAIG
A. BLANCHARD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–8–03284–4, Herbert M. Stephens, J.,
entered December 7, 1981. *Affirmed* by unpublished per
curiam opinion.

[No. 10942–1–I.   Division One.   April 18, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. EZRA
DAVIS III, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–04442–3, William C. Goodloe, J., entered
November 3, 1981. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Andersen, C.J., and Williams,
J.

[No. 11187–6–I.   Division One.   April 18, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY
ROBERTS, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 81–1–00570–0, Robert C. Bibb, J.,
entered December 8, 1981. *Affirmed* by unpublished opin-
ion per Ringold, J., concurred in by Swanson and Schol-
field, JJ.